| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. (310) 586-7825 | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☒ RECORDING REQUEST BY AND RETURN TO: Frank E. Merideth (SBN 46266) Greenberg Traurig, LLP 2450 Colorado Avenue, Suite 400E Santa Monica, CA 90404 ☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco

PLAINTIFF: ML PRIVATE FINANCE LLC

DEFENDANT: HALSEY MCLEAN MINOR, THE HALSEY MCLEAN MINOR TRUST DATED NOVEMBER 3, 2004, and DOES 1 - 50.

| WRIT OF | ☒ EXECUTION (Money Judgment) | CASE NUMBER: CV 09 80346 MISC WHA |
|---|---|---|
| | ☐ POSSESSION OF   ☐ Personal Property | |
| | ☐ Real Property | FOR COURT USE ONLY |
| | ☐ SALE | |

1. To the Sheriff or any Marshal or Constable of the County of: San Francisco

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): ML Private Finance LLC

   is the ☒ judgment creditor   ☐ assignee of record
   whose address is shown on this form above the court's name.

RECEIVED DEC 30 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

4. Judgment debtor (name and last known address):
Halsey McLean Minor
384 Delfern Drive
Los Angeles, CA 90077

The Halsey McLean Minor Revocable Trust dated November 3, 2004
800 El Camino del Mar
San Francisco, California 94121

☐ additional judgment debtors on reverse

5. Judgment entered on (date): October 23, 2009
6. ☐ Judgment renewed on (dates):

7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested (see reverse).
8. ☐ Joint debtor information on reverse.

9. ☒ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment.............................................$  21,626,952.34
12. Costs after judgment (per filed order or memo CCP 685.090)..................................$
13. Subtotal (add 11 and 12) ...........................$  21,626,952.34
14. Credits .......................................................$
15. Subtotal (subtract 14 from 13).....................$  21,626,952.34
16. Interest after judgment (per filed affidavit CCP 685.050) ............................................$  14,078.46
17. Fee for issuance of writ............................$
18. Total (add 15, 16, and 17).........................$  21,641,030.80
19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of..................$

20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

(SEAL) Issued on (date): DEC 30 2009

Clerk, by SUSAN IMBRIANI , Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV1/89



American LegalNet, Inc
www.FormsWorkflow.com

| SHORT TITLE: ML PRIVATE FINANCE LLC v. MINOR, et al. | CASE NUMBER CV 09 80346 MISC WHA |
|---|---|

**CONTINUED FROM FRONT:**
☐ Additional judgment debtor *(name and last known address)*:

☐ Notice of sale has been requested by *(name and address)*:

☐ Joint debtor was declared bound by the judgment (CCP 989-994)
  a. on *(date)*:
  b. name and address of joint debtor

  a. on *(date)*:
  b. name and address of joint debtor

  c. ☐ additional costs against certain joint debtor: *(itemize)*:

☐ Judgment was entered for the following:
  a. ☐ Possession of personal property
      ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
  b. ☐ Possession of real property
  c. ☐ Sale of personal property
  d. ☐ Sale of real property
  e. Description of property

--- **NOTICE TO PERSON SERVED** ---

Writ of execution or sale. Your rights and duties are indicated on the accompanying Notice of Levy.

Writ of possession of personal property. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

Writ of possession of real property. If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

J-130 (REV. Jan. 1, 1989)            WRIT OF EXECUTION            Page two

American LegalNet, Inc.
www.FormsWorkflow.com

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.

On <u>December 28, 2009</u>, I served the document(s) described as: **WRIT OF EXECUTION AND AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, postage prepaid, addressed as follows:

Allan Browne, Esq.
Browne Woods George LLP
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA 90067
Tel: 310-274-7100; Fax: 310-275-5697
Email: abrowne@bwgfirm.com
*Counsel for Plaintiff*

Halsey McLean Minor
384 Delfern Drive
Los Angeles, CA 90077

Lee A. Weiss, Esq.
Brian C. Kerr, Esq.
Browne Woods George, LLP
49 West 37th Street, 15th Floor
New York, NY 10018
Tel: 212-354-4901; Fax: 212-354-4904
Email: lweiss@bwgfirm.com; bkerr@bwgfirm.com
*Counsel for Plaintiff*

The Halsey McLean Minor Revocable Trust dated November 3, 2004
800 El Camino del Mar
San Francisco, California 94121

☒ **(BY MAIL)** I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2009, at Santa Monica, California.

*/s/ Cheryl D. Beatty*
Cheryl D. Beatty

59,006,881 v1